IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICIA RENEE GARDNER AND REGINALD ELAM, § § § | | |
| Plaintiffs, § § | | |
| V. § | No. 3:19-CV-1391-S-BN | |
| § | | |
| SPECIALIZED LOAN SERVICING LLC, § DEUTSCHE BANK NATIONAL TRUST § AS TRUSTEE FOR HSI ASSET § CORPORATION TRUST 2006-HE1, § MORTGAGE PASS THROUGH § CERTIFICATE SERIES 2006-HE1 AND § SHAPIRO SCHWARTZ, LLP § SUBSTITUTE TRUSTEE(S) § ET AL., § § | | |
| Defendants. § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated October 7, 2019, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

The Court hereby DISMISSES Defendant Shapiro Schwartz LLP from this action without prejudice.

**SO ORDERED.**

SIGNED November 5, 2019.

_____
UNITED STATES DISTRICT JUDGE